UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-01511-DFM | Date: | October 30, 2026 |
| Title | Julio Cruz v. Lucky 7 Tire Center, Inc. et al | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause**

On June 12, 2026, Plaintiff filed a lawsuit against Defendants Lucky 7 Tire Center, Inc. and Wilton Property Investments. See Dkt. 1. Plaintiff served Lucky 7 on August 3, with its answer due on August 24. See Dkt. 10. Plaintiff served Wilton on October 7, with its answer due October 28. See Dkt. 11. No answer or other responsive document has been filed.

It is Plaintiff's responsibility to move this case toward completion. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** within twenty-one (21) days why this matter should not be dismissed for failure to prosecute. In lieu of a written response, Plaintiff may do one of the following: (1) seek entry of default judgment against Defendants; (2) file a notice of voluntary dismissal per Fed. R. Civ. P. 41; or (3) cause by some means an Answer or other filing to be made.